IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT WICHITA

| | |
|---|---|
| Lashauna Gordon, Hydia Griffin and Quintashia Hardyway, on behalf of themselves and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>Axiom Healthcare Services, LLC, and Reed's Cove Health and Rehabilitation, LLC,<br><br>       Defendant. | NO. 6:22-CV-1078-HLT-RES |

**PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION
OF CLASS CLAIMS UNDER § 216(b) OF THE FLSA**

**COME NOW** the Plaintiffs, Lashauna Gordon, Hydia Griffin and Quintashia Hardyway, on behalf of themselves and all others similarly situated, and hereby move the Court for the following relief and orders:

(1) an Order finding that Plaintiffs have met their burden under 29 U.S.C. § 216(b) with regards to their Fair Labor Standards Act ("FLSA") claims brought pursuant to 29 U.S.C. § 201 *et seq.* and conditionally certifying Plaintiffs' claims as a collective action;

(2) an Order authorizing notice to be mailed to a class composed of "all nonexempt employees paid on an hourly basis by Axiom Healthcare Services, LLC and/or Reed's Cove Health and Rehabilitation, LLC, who, in the last three years: (i) worked at an Axiom-operated facility, and (ii) received a bonus for working shifts, which bonus was not calculated into the employee's regular rate for purposes of computing overtime compensation."

(3) to assist with the issuance of class notice, an Order requiring Defendants within 10 days to provide plaintiffs the following: a list in electronic and importable format (such as Microsoft Excel), of the first and last names, last-known addresses, telephone numbers, last four digits of the individual's social security number and date of birth of all members of the putative class;

(4) an Order requiring Defendants to post Notice of this lawsuit in conspicuous locations where they employ hourly employees;

(5) an Order tolling the statute of limitations from the date of the filing of Plaintiffs' *Motion for Conditional Class Certification* until the close of the opt-in period;

(6) an Order designating Lashauna Gordon, Hydia Griffin and Quintashia Hardeyway as Class Representatives; and

(7) an Order approving Plaintiffs' counsel to act as Class Counsel in this matter.

DATE: April 28, 2022

SUBMITTED BY:

GRAYBILL & HAZLEWOOD, LLC

/s/ Donald N. Peterson, II
Donald N. Peterson, II, #13805
Sean M. McGivern, #22932
218 N. Mosley St.
Wichita, KS 67202
Telephone: (316) 266-4058
Fax: (316) 462-5566
don@graybillhazlewood.com
sean@graybillhazlewood.com
**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of April, 2022, the above and foregoing was electronically filed with the Court who will electronically notify:

Forrest T. Rhodes, Jr. KS 19567
FOULSTON, SIEFKIN, LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
Phone: 316-291-9555
Fax:    866-347-5132
E-mail: frhodes@foulston.com
***Attorney for Defendants***

                                        s/Donald N. Peterson, II
                                        Donald N. Peterson, II, #13805