# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
### AT WICHITA

| | |
|---|---|
| **Lashauna Gordon, Hydia Griffin and Quintashia Hardyway, on behalf of themselves and all others similarly situated,** | **COMPLAINT** |
| **Plaintiffs,** | **NO. 6:22-cv-01078–HLT-RES** |
| v. | |
| **Axiom Healthcare Services, LLC, and Reed's Cove Health and Rehabilitation, LLC,** | |
| **Defendant.** | |

## NOTICE OF MAILING OF COURT-ORDERED NOTICE

Plaintiffs Lashauna Gordon, Hydia Griffin and Quintashia Hardyway, on behalf of themselves and all others similarly situated, by and through undersigned counsel, hereby notify the Court that on June 21, 2022, they caused the Notice and Consent form to be mailed to all 192 putative collective members. A vendor affidavit demonstrating the mailing is attached hereto as Exhibit A.

DATE:  June 22, 2022

RESPECTFULLY SUBMITTED BY:

Graybill & Hazlewood, LLC

/s/ Donald N. Peterson
Donald N. Peterson, II, #13805
Sean M. McGivern, #22932
218 N Mosley St
Wichita, KS 67202
Phone: 316-266-4058
Fax: 316-462-5566

>don@graybillhazlewood.com
>sean@graybillhazlewood.com
>***Attorneys for Plaintiffs***

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June 2022, the above and foregoing was electronically filed with the Clerk of the Court in the CM/ECF filing system, which will send electronic notice of such filling to all counsel of record as follows:

Forrest T. Rhodes, Jr. KS 19567
FOULSTON, SIEFKIN, LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
Phone: 316-291-9555
Fax:    866-347-5132
E-mail: frhodes@foulston.com
***Attorney for Defendants***

>s/ Donald N. Peterson
>Donald N. Peterson, II
>Sean M. McGivern