### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### AT WICHITA

| | |
|---|---|
| **Lashauna Gordon, Hydia Griffin and Quintashia Hardyway, on behalf of themselves and all others similarly situated,** | **COMPLAINT** |
| **Plaintiffs,** | **NO. 6:22-cv-01078–HLT-RES** |
| v. | |
| **Axiom Healthcare Services, LLC, and Reed's Cove Health and Rehabilitation, LLC,** | |
| **Defendant.** | |

## NOTICE OF MAILING OF COURT-ORDERED NOTICE

Plaintiffs Lashauna Gordon, Hydia Griffin and Quintashia Hardyway, on behalf of themselves and all others similarly situated, by and through undersigned counsel, and notifies the Court of the following mailing of the Notice and Consent form that was mailed, emailed and texted to members of the conditionally certified collective:

1. On June 24, 2022, our firm mailed Notice and Consent forms to 6 collective members whose mail was returned undeliverable as addressed.

2. On June 28, 2022, our firm mailed Notice and Consent forms to 16 collective members whose mail was returned as undeliverable as addressed.

3. On June 29, 2022, our firm mailed Notice and Consent forms to 3 collective members whose mail was returned as undeliverable as addressed.

4. On July 5, 2022, our firm mailed Notice and Consent forms to 3 collective members whose mail was returned as undeliverable as addressed.

5. On July 2, 2022, our firm emailed Notice and Consent forms to All collective members.

6. On July 2, 2022, our firm texted Notice and Consent forms to All collective members.

DATE: July 5, 2022

RESPECTFULLY SUBMITTED BY:

Graybill & Hazlewood, LLC

/s/ Sean McGivern
Donald N. Peterson, II, #13805
Sean M. McGivern, #22932
218 N Mosley St
Wichita, KS 67202
Phone: 316-266-4058
Fax: 316-462-5566
don@graybillhazlewood.com
sean@graybillhazlewood.com
***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July 2022, the above and foregoing was electronically filed with the Clerk of the Court in the CM/ECF filing system, which will send electronic notice of such filling to all counsel of record as follows:

Forrest T. Rhodes, Jr. KS 19567
FOULSTON, SIEFKIN, LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466

Phone: 316-291-9555
Fax:    866-347-5132
E-mail: frhodes@foulston.com
***Attorney for Defendants***

                               s/ Sean McGivern
                               Donald N. Peterson, II
                               Sean M. McGivern