IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LASHAUNA GORDEN, et al.,

    Plaintiffs,

    v.

REED'S COVE HEALTH AND
REHABILITATION, LLC,

    Defendant.

Case No. 6:22-cv-01078-HLT

## ORDER APPROVING FLSA SETTLEMENT

The parties jointly move for approval of their FLSA settlement (Doc. 47).[1] The Court reviewed the motion, the record, and a copy of the settlement agreement that was submitted for in camera review. The Court makes the following findings based on this review:

1. The settlement is a fair and reasonable resolution of a disputed claim.

2. The settlement is in the best interests of Plaintiffs and should be approved particularly given the benefits to Plaintiffs; the substantial discovery and investigation conducted by Plaintiffs' counsel; and the complexity, expense, risks, and probable protracted duration of further litigation.

3. The allocation of settlement proceeds to Plaintiffs is fair and reasonable.

4. The Court conditionally certified the subject class for purposes of discovery. The Court hereby approves final certification of that class for settlement purposes.

---

[1] The Court notes that it is an open question in this circuit whether FLSA policy requires approval of such settlements. *See, e.g., Slaughter v. Sykes Enterprises, Inc.*, 2019 WL 529512, at *6 (D. Colo. 2019). However, "while there is disagreement over whether FLSA settlements must be approved by the Court, there does not appear to be disagreement at this time over whether FLSA settlements may be approved by the Court." *Id.* (emphasis omitted). The Court thus reviews the settlement as requested by the parties.

THE COURT THEREFORE ORDERS that the joint motion (Doc. 47) is GRANTED. The settlement agreement is hereby approved in accordance with Section 216 of the Fair Labor Standards Act and shall be consummated in accordance with the terms and provisions thereof.

THE COURT FURTHER ORDERS that Plaintiffs' counsel shall file a motion to approve fees because the parties have informed the Court that Defendant has agreed to pay the attorneys' fees of Plaintiff's counsel. This motion shall be filed on or before **April 11, 2023**.

IT IS SO ORDERED.

Dated: March 28, 2023              /s/ *Holly L. Teeter*
                                                  HOLLY L. TEETER
                                                  UNITED STATES DISTRICT JUDGE